IN RE:

MICHAEL W. CHAPMAN
SUSAN R. CHAPMAN
    Debtors

FILED
2011 JUN -6 PM 3:25
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CASE NO. 09-55719-S

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #116 in the amount of $2.92 was issued on May 20, 2011 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                                Amt. of Dividend

Claim #9        Summa Health System                  $    2.92
                Patient Accounting
                PO Box 2090
                Akron, Ohio    44398-6153

TOTAL:                                                               $    2.92

*ck # 116*
*receipt # 82394*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

May 23, 2011